12m-5128-J6A

## CRIMINAL COMPLAINT AFFIDAVIT

I, James Joseph Jenkins, upon oath, do depose and state:

1.  I am a special agent with the U.S. Department of State, Diplomatic Security Service ("DSS"), and have been so employed since September 2011. I have successfully completed a training program in conducting criminal investigations at the Federal Law Enforcement Training Center in Brunswick, Georgia, and an advanced training program with the DSS in Dunn Loring, Virginia. My current duties as a DSS Special Agent include conducting investigations involving the fraudulent acquisition, production, and misuse of U.S. and foreign passports, U.S. visas, and identity documents. I am familiar with the methods, routines, and practices of document counterfeiters, vendors, and other persons who fraudulently obtain or assume false identities. I know that it is a violation of Title 18, United States Code, Section 1542 to willfully and knowingly make any false statement in an application for passport with intent to induce or secure the issuance of a passport under the authority of the United States.

2.  I hereby make this affidavit in support of a criminal complaint against Zuleika Del Carmen DUME SOTO ("DUME SOTO"), who, there is probable cause to believe, willfully and knowingly made false statements in the application for a United States passport in violation of Title 18, United States Code, Section 1542.

3.  The information contained in this affidavit comes from my own participation in the investigation of DUME SOTO as well from other DSS Special Agents, U.S. Customs and Border Protection Officers, U.S. State Department records, the Massachusetts Registry of Motor Vehicles, and other law enforcement officers who have been involved in this investigation. Your affiant did not include every fact known to him, but rather only those facts that are sufficient to establish probable cause in support of a criminal complaint.

4.      On January 13, 2004, an individual, later identified as DUME SOTO, executed at the U.S. Postal Facility in Roxbury, Massachusetts, an application for a U.S. passport in which she claimed to be one Karol M. Morales ("Morales DS-11"). Notations on the Morales DS-11 by the Passport Acceptance Agent, who accepted the Morales DS-11, indicate that as proof of identity DUME SOTO provided a birth certificate and a Massachusetts driver's license, which were then returned to her. The U.S. Department of State issued a U.S. passport in the name of Karol M. Morales ("Morales Passport").

5.      Treasury Enforcement Communication Systems ("TECS") records show that the Morales Passport was used to travel between the United States and the Dominican Republic between March 2004 and January 2005, and to Canada in September 2008.

6.      On June 1, 2005, an individual, later identified as DUME SOTO, applied for a U.S. passport at the United States Postal Facility in Roxbury, Massachusetts, claiming to be Maria M. Berrios ("Berrios DS-11"). Notations by the Passport Acceptance Agent, who accepted Berrios DS-11, indicate that as proof of identity DUME SOTO provided a birth certificate and a Massachusetts driver's license, which were then returned to her. This passport was never issued because DUME SOTO failed to respond to letters from the Boston Passport Agency requesting additional biographic information.

7.      On April 15, 2012, DUME SOTO was detained at Boston Logan Airport by the U.S. Customs and Border Protection ("CBP") attempting to travel to the Dominican Republic on a Dominican passport issued to her true identity, Zuleika Del Carmen DUME SOTO. CPB officers showed DUME SOTO a copy of the Berrios DS-11, and DUME SOTO stated it was hers. DUME SOTO also confirmed that she was a Dominican national. After determining that

DUME SOTO was present in the United States unlawfully, CBP officers placed her into custody pending deportation proceedings.

8.  On May 22, 2012, your affiant interviewed DUME SOTO at the Bristol County House of Corrections in North Dartmouth, Massachusetts, where she was awaiting her removal from the United States. DUME SOTO was advised of her rights and signed a waiver of rights form. DUME SOTO stated that she had applied for, and received, the Morales Passport. DUME SOTO was shown the Morales DS-11 and confirmed that she had executed it. DUME SOTO stated that she had used Morales DS-11 to travel to the Dominican Republic, Spain, Mexico, and Canada. DUME SOTO also stated that she had applied for another U.S. passport under the name Maria Berrios and that the passport not had been issued. DUME SOTO was shown a copy of the Berrios DS-11 and confirmed that she had executed it.

9.  Based on the foregoing, I submit that there is probable cause to believe that on or about January 13, 2004, and on or about June 1, 2005, Zuleika Del Carmen DUME SOTO willfully and knowingly made false statements in the application for a U.S. passport in violation of Title 18, United States Code, Section 1542.

James Joseph JENKINS
Special Agent
Diplomatic Security Service
U.S. Department of State

Subscribed and sworn to before
me this ____ day of June, 2012
at Boston, MA.

Judith G. DEIN
UNITED STATES MAGISTRATE JUDGE